DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAMIE KEY,**
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellee.

No. 4D20-2403

[April 8, 2021]

Appeal from the State of Florida, Department of Children and Families, L.T. Case Nos. 1336226706 and 20F-05724.

Mamie Key, Fort Lauderdale, pro se.

Edmund Haskins, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***